# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: Leon Lowenthal — Bankruptcy Case No.: 19−24115−rdd

Rockford Holdings Group LLC
Steve Makowsky
and Joe "Yossi" Davidson , in every capacity

Plaintiff(s),

−against− — Adversary Proceeding No. 20−06009−rdd

Leon Lowenthal
Prosperity LM, INC.
PW Insurance Agency Corp.
The Birch Group, Inc.
John Doe #1 through Jane Doe #10

Defendant(s)

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days, to:

**Address of Clerk:**

**Clerk of the Court**
**United States Bankruptcy Court**
**Southern District of New York**
**300 Quarropas Street**
**White Plains, NY 10601**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney:**

**Jacob Ginsburg**
**Jacob Ginsburg, Esq. PLLC**
**One Concord Drive**
**Monsey, NY 10952**

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| | |
|---|---|
| United States Bankruptcy Court<br>Southern District of New York<br>300 Quarropas Street<br>White Plains, NY 10601 | Room: Courtroom 118, White Plains Courthouse, 300 Quarropas Street, White Plains, NY 10601<br><br>Date and Time: 7/24/20 at 10:00 AM |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: 4/2/20

Vito Genna

*Clerk of the Court*

By: /s/ Narotam Rai

*Deputy Clerk*