**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEON LOWENTHAL,<br><br>Debtor. | Chapter 11<br>Voluntary<br><br>Case No. 19-24115(RDD) |
| ROCKFORD HOLDINGS GROUP LLC, STEVE MAKOWSKY, AND JOE "YOSSI" DAVIDSON,<br><br>Plaintiffs,<br><br>-against-<br><br>LEON LOWENTHAL, PROSPERITY LM, INC. PW INSURANCE AGENCY CORP., THE BIRCH GROUP INC.,<br><br>Defendants, | Adversary Case No. 20-06009(RDD) |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE**, that Jeb Singer, Esq. of J. Singer Law Group LLP ("JSLG") hereby appear in the Adversary Case No. 20-06009(RDD) as attorneys for plaintiffs Rockford Holdings Group LLC, Steve Makowsky, and Joe "Yossi" Davidson. JSLG requests, on behalf of Rockford Holdings Group LLC, Steve Makowsky and Joe "Yossi" Davidson, that all notices given or required to be given in this adversary proceeding and all papers and pleadings served or required to be served on Darren Singer in this adversary proceeding, be served upon the undersigned at the following office address, telephone number, and e-mail address:

J. SINGER LAW GROUP PLLC
222 Broadway, 19th Floor
New York, NY 10038
Jeb Singer, Esq.
917-806-5832
jsinger@singerlawgroup.com

Dated: New York,
New York June 3, 2020

**J. SINGER LAWGROUP, PLLC**

By: /s/ Jeb Singer
Jeb Singer, Esq.
*Attorneys for Rockford Holdings Group LLC, Steve Makowsky, and Joe "Yossi" Davidson*
222 Broadway, 19th Floor
New York, New York 10038
(917) 806-5832
jsinger@singerlawgroup.com